AO 440 (Rev. 06/12) (12/22 WD/VA) Summons in a Civil Action (Page 2)

Civil Action No. 6:23-cv-00047-NKM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **DR. ANNETTE BENNETT, APPOMATTOX COUNTY SCHOOL BOARD**
was received by me on *(date)*

☒ I personally served the summons on the individual at *(place)* **APPOMATTOX HIGH SCHOOL, 198 EVERGREEN AVE. APPOMATTOX, VA.**
on *(date)* **9/12/23   10:50 A. M.** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)*            , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)*             ; or

☐ I returned the summons unexecuted because                  ; or

☐ Other *(specify):*

My fees are $        for travel and $        for services, for a total of $

I declare under penalty of perjury that this information is true.

Date: 9-12-23

*Server's signature*

Breland Sandhoff
*Printed name and title*
**PRIVATE PROCESS SERVER**

215 Alpha Ln Evington VA 24550
*Server's address*

Additional information regarding attempted service, etc:

**EMPLOYEE OF:**

**VIRGINIA ATTORNEYS' PROCESS SERVICE, INC.
553 OLD PLANTATION DRIVE
LYNCHBURG, VIRGINIA 24502**