Case 6:23-cv-00047-NKM-CKM    Document 10    Filed 09/18/23    Page 1 of 1
                                              Pageid#: 88
Case 6:23-cv-00047-NKM    Document 7-2    Filed 08/24/23    Page 2 of 2    Pageid#: 71

AO 440 (Rev. 06/12) (12/22 WD/VA) Summons in a Civil Action (Page 2)

Civil Action No. 6:23-cv-00047-NKM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **DENA OLSEN**

was received by me on *(date)* **AUGUST 28, 2023**

☑ I personally served the summons on the individual at *(place)* 198 Evergreen Ave, Appomattox VA  Appomattox High School

on *(date)* **AUGUST 30, 2023** ; or **10;00 A.M.**

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: **AUGUST 30, 2023**

*Server's signature*

Breeland Sandhoff
*Printed name and title*
**PRIVATE PROCESS SERVER**

215 Alpha Ln Evington VA 24550
*Server's address*

Additional information regarding attempted service, etc:

**EMPLOYEE OF:**
**VIRGINIA ATTORNEYS' PROCESS SERVICE, INC.**
**553 OLD PLANTATION DRIVE**
**LYNCHBURG, VIRGINIA 24502**