Case 6:23-cv-00047-NKM-CKM   Document 11   Filed 09/18/23   Page 1 of 1
Pageid#: 89
Case 6:23-cv-00047-NKM   Document 7-1   Filed 08/24/23   Page 2 of 2   Pageid#: 69

AO 440 (Rev. 06/12) (12/22 WD/VA) Summons in a Civil Action (Page 2)

Civil Action No. 6:23-cv-00047-NKM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **AVERY VIA, COUNSELOR**
was received by me on *(date)* **9/8/23**.

☑ I personally served the summons on the individual at *(place)* **APPOMATTOX COUNTY HIGH SCHOOL LEARNING CENTER 185 LEARNING LANE, APPOMATTOX, VA.** on *(date)* **9/12/23 11:05 A.M.**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: **9-12-23**

*Server's signature*

**Breeland Sandhoff**    **PRIVATE PROCESS**
*Printed name and title*    **SERVER**

**215 Alpha Ln Evington VA 24550**
*Server's address*

Additional information regarding attempted service, etc: **EMPLOYEE OF:**

**VIRGINIA ATTORNEYS' PROCESS SERVICE, INC.**
**553 OLD PLANTATION DRIVE**
**LYNCHBURG, VIRGINIA 24502**