IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

MICHELE BLAIR, INDIVIDUALLY AND
AS GUARDIAN AND NEXT FRIEND OF
S.B., A MINOR,

   Plaintiffs,

v.                                                     Case No. 6:23cv00047

APPOMATTOX COUNTY SCHOOL
BOARD, et al.

   Defendants.

## MOTION TO FILE UNDER SEAL

NOW COMES Defendant Dena Olsen ("Olsen"), by counsel, pursuant to Local Rule 9(b), and hereby moves this Court for leave to file under seal the Counseling Records of S.B. attached to her Motion to Dismiss. The document to be filed under seal has been sent to the Clerk's Office in a sealed envelope marked as such. In support of this Motion, Olsen files a Brief in Support and a Proposed Order in accordance with Local Rule 9(b).

WHEREFORE, for all of the foregoing reasons, Dena Olsen respectfully requests that the Court grant her motion and file under seal the Counseling Records of S.B.

                                                                       **DENA OLSEN,**

                                                                       By Counsel

2

s/Melissa Y. York
Jeremy D. Capps (VSB No. 43909)
Melissa Y. York (VSB No. 77493)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
jcapps@hccw.com
myork@hccw.com

## **C E R T I F I C A T E**

I hereby certify that on the 20th day of September, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Mary E. McAlister, Esq. (VSB No. 76057)
>Child & Parental Rights Campaign, Inc.
>P.O. Box 637
>Monroe, VA 24574
>770-448-4525 - Phone
>mmcalister@childparentrights.org
>
>Vernadette R. Broyles, Esq. (VSB No. GA 593026)
>Ernest G. Trakas, Esq. (VSB No. MO 33813)
>Child & Parental Rights Campaign, Inc.
>5805 State Bridge Road
>Suite G310
>Johns Creek, GA 30097
>770-448-4525 - Phone
>vbroyles@childparentrights.org
>etrakas@childparentrights.org

>s/Melissa Y. York
>Jeremy D. Capps (VSB No. 43909)
>Melissa Y. York (VSB No. 77493)
>Harman, Claytor, Corrigan & Wellman
>P.O. Box 70280
>Richmond, Virginia  23255
>804-747-5200 - Phone
>804-747-6085 - Fax
>jcapps@hccw.com
>myork@hccw.com