IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

MICHELE BLAIR, INDIVIDUALLY AND
AS GUARDIAN AND NEXT FRIEND OF
S.B., A MINOR,

   Plaintiff,

v.                                           Case No. 6:23cv00047

APPOMATTOX COUNTY SCHOOL
BOARD, et al.

   Defendants.

## **NOTICE OF APPEARANCE**

Melissa Y. York of the law firm of Harman, Claytor, Corrigan & Wellman notes her appearance as counsel for Defendants Appomattox County School Board, Dr. Annette A. Bennett, individually and in her official capacity as Superintendent of Appomattox County Public Schools, and Dena Olsen, individually and in her official capacity as school counselor at Appomattox County High School.

                                                  **APPOMATTOX COUNTY SCHOOL BOARD, DR. ANNETTE A. BENNETT, AND DENA OLSEN,**

                                                  By Counsel

 s/Melissa Y. York
Jeremy D. Capps (VSB No. 43909)
Melissa Y. York (VSB No. 77493)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
jcapps@hccw.com
myork@hccw.com

1

## **C E R T I F I C A T E**

      I hereby certify that on the 20th day of September, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

      Mary E. McAlister, Esq. (VSB No. 76057)
      Child & Parental Rights Campaign, Inc.
      P.O. Box 637
      Monroe, VA 24574
      770-448-4525 - Phone
      mmcalister@childparentrights.org

      Vernadette R. Broyles, Esq. (VSB No. GA 593026)
      Ernest G. Trakas, Esq. (VSB No. MO 33813)
      Child & Parental Rights Campaign, Inc.
      5805 State Bridge Road
      Suite G310
      Johns Creek, GA 30097
      770-448-4525 - Phone
      vbroyles@childparentrights.org
      etrakas@childparentrights.org

      <u>s/Melissa Y. York</u>
      Jeremy D. Capps (VSB No. 43909)
      Melissa Y. York (VSB No. 77493)
      Harman, Claytor, Corrigan & Wellman
      P.O. Box 70280
      Richmond, Virginia 23255
      804-747-5200 - Phone
      804-747-6085 - Fax
      jcapps@hccw.com
      myork@hccw.com