IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

MICHELE BLAIR, INDIVIDUALLY AND
AS GUARDIAN AND NEXT FRIEND OF
S.B., A MINOR,

    Plaintiff,

v.                                            Case No. 6:23cv00047

APPOMATTOX COUNTY SCHOOL
BOARD, et al.

    Defendants.

## NOTICE OF APPEARANCE

Jeremy D. Capps of the law firm of Harman, Claytor, Corrigan & Wellman notes his appearance as counsel for Defendants Appomattox County School Board, Dr. Annette A. Bennett, individually and in her official capacity as Superintendent of Appomattox County Public Schools, and Dena Olsen, individually and in her official capacity as school counselor at Appomattox County High School.

                                                      **APPOMATTOX COUNTY SCHOOL
BOARD, DR. ANNETTE A. BENNETT,
AND DENA OLSEN,**

                                                      By Counsel

s/Jeremy D. Capps
Jeremy D. Capps (VSB No. 43909)
Melissa Y. York (VSB No. 77493)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
jcapps@hccw.com
myork@hccw.com

1

## **C E R T I F I C A T E**

       I hereby certify that on the 20th day of September, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

       Mary E. McAlister, Esq. (VSB No. 76057)
       Child & Parental Rights Campaign, Inc.
       P.O. Box 637
       Monroe, VA 24574
       770-448-4525 - Phone
       mmcalister@childparentrights.org

       Vernadette R. Broyles, Esq. (VSB No. GA 593026)
       Ernest G. Trakas, Esq. (VSB No. MO 33813)
       Child & Parental Rights Campaign, Inc.
       5805 State Bridge Road
       Suite G310
       Johns Creek, GA 30097
       770-448-4525 - Phone
       vbroyles@childparentrights.org
       etrakas@childparentrights.org

       s/Jeremy D. Capps
       Jeremy D. Capps (VSB No. 43909)
       Melissa Y. York (VSB No. 77493)
       Harman, Claytor, Corrigan & Wellman
       P.O. Box 70280
       Richmond, Virginia 23255
       804-747-5200 - Phone
       804-747-6085 - Fax
       jcapps@hccw.com
       myork@hccw.com