# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| MICHELE BLAIR, individually and as Guardian and next friend of S.B, a minor; ) ) ) | |
| Plaintiff. ) | Civil Action No. 6:23-cv-00047-NKM |
| ) v. ) ) | Motion to Admit Ernest G. Trakas Pro Hac Vice |
| APPOMATTOX COUNTY SCHOOL BOARD, DR. ANNETTE A. BENNETT, Individually and in her official capacity as Superintendent of Appomattox County Public Schools, DENA OLSEN, individually and in her official capacity as school counselor at Appomattox County High School, AVERY VIA, individually and in his official capacity as school counselor at Appomattox County High School, ANEESA KHAN, individually and in Her official capacity as public defender For the City of Baltimore, ) | |
| Defendants. ) | |

**Plaintiff's Motion to Admit Ernest G. Trakas Pro Hac Vice**

Plaintiff, Michele Blair, by and through her attorney of record, and, pursuant to Local Rule 6(d) moves for the admission of Ernest G. Trakas, Esq. to practice Pro Hac Vice as counsel for Plaintiff in the above-captioned action. In support of said motion, the Plaintiff states as follows:

1. Ernest G. Trakas, Esq. works for Child & Parental Rights Campaign, 5805 State Bridge Rd., Suite G310, Johns Creek, GA 30097, telephone (770) 448-4525, etrakas@childparentrights.org.

2. Mr. Trakas is a member in good standing of the following courts:

Supreme Court of Missouri: Admission date: 9/12/1984 – Bar No. 33813

1

      United States District Court Northern District of Florida: Pro Hac Vice Admissions Date: 6/2/2022

      United States District Court Middle District of Florida: Pro Hac Vice Admission Date: 11/10/2022

      United States District Court Northern District of Georgia: Pro Hac Vice Admission Date: 6/3/2022

      United States District Court District of Kansas: Admission date: 11/22/2022

      United States District Court Eastern District of Missouri: Admission date: 1/30/2023

      United States District Court Western District of Missouri: Admission date 11/16/2022

      United States Court of Appeals 8th Circuit: Admission Date: 1/28/2022

3. There are no pending disciplinary proceedings against Mr. Trakas in any state or federal court, nor has Mr. Trakas ever been convicted of a felony.

4. Mr. Trakas has never been censured, suspended, disbarred or denied admission or readmission by any court.

5. Mr. Trakas is not a resident of Virginia and has not applied for pro hac vice admission with this court in the past.

6. Mr. Trakas has read and agreed to comply with and be bound by the Local Rules of the United States District Court for the Western District of Virginia.

7. Mr. Trakas will be appearing in association with Mary E. McAlister, VA Bar #76057, Child & Parental Rights Campaign, P.O. Box 637 Monroe, VA 24574 (770) 448-4525, mmcalister@childparentrights.org.

Dated: September 20, 2023.

                                              */s/Mary E. McAlister*
                                              Mary E. McAlister (VA Bar No.76057)

CHILD & PARENTAL RIGHTS CAMPAIGN, INC.
P.O. Box 637
Monroe, VA 24574
770.448.4525
mmcalister@childparentrights.org

Vernadette R. Broyles (GA Bar No. 593026)*
Ernest G. Trakas (MO Bar 33813)*
CHILD & PARENTAL RIGHTS CAMPAIGN, INC.
5805 State Bridge Rd., Suite G310
Johns Creek, GA 30097
770.448.4525
vbroyles@childparentrights.org
etrakas@childparentrights.org
*pro hac vice admission pending

Attorneys for Plaintiff

3

**Certificate of Service**

I hereby certify that on the 20th day of September, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jeremy D. Capps (VSB No. 43909)
Melissa Y. York (VSB No. 77493)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
jcapps@hccw.com
myork@hccw.com

*/s/Mary E. McAlister*
Mary E. McAlister (VA Bar No.76057)