# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | | |
|---|---|---|
| MICHELE BLAIR, individually and as Guardian and next friend of S.B, a minor; | ) ) ) | |
| Plaintiff. | ) ) | Civil Action No. 6:23-cv-00047-NKM |
| v. | ) ) ) | Motion to Admit Vernadette R. Broyles Pro Hac Vice |
| APPOMATTOX COUNTY SCHOOL BOARD, DR. ANNETTE A. BENNETT, Individually and in her official capacity as Superintendent of Appomattox County Public Schools, DENA OLSEN, individually and in her official capacity as school counselor at Appomattox County High School, AVERY VIA, individually and in his official capacity as school counselor at Appomattox County High School, ANEESA KHAN, individually and in Her official capacity as public defender For the City of Baltimore, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**Plaintiff's Motion to Admit Vernadette R. Broyles Pro Hac Vice**

Plaintiff, Michele Blair, by and through her attorney of record, and, pursuant to Local Rule 6(d) moves for the admission of Vernadette R. Broyles, Esq. to practice Pro Hac Vice as counsel for Plaintiff in the above-captioned action. In support of said motion, the Plaintiff states as follows:

1. Vernadette R. Broyles, Esq. works for Child & Parental Rights Campaign, 5805 State Bridge Rd., Suite G310, Johns Creek, GA 30097, telephone (770) 448-4525, vbroyles@childparentrights.org.

1

2. Ms. Broyles is a member in good standing of the following courts:

State of Georgia: All State Courts (Admission date: 11/9/1995)

Supreme Court of Georgia (Admission date 11/20/1995)

Northern District of Georgia: Admission date: 11/20/1995

First Circuit Court of Appeals: Admission date: 1/4/2023

Eleventh Circuit Court of Appeals: Admission date: 4/29/2019

United States Supreme Court: Admission date 6/29/2020

3. There are no pending disciplinary proceedings against Ms. Broyles in any state or federal court, nor has Ms. Broyles ever been convicted of a felony.

4. Ms. Broyles has never been censured, suspended, disbarred or denied admission or readmission by any court.

5. Ms. Broyles is not a resident of Virginia and has not applied for pro hac vice admission with this court in the past.

6. Ms. Broyles has read and agreed to comply with and be bound by the Local Rules of the United States District Court for the Western District of Virginia.

7. Ms. Broyles will be appearing in association with Mary E. McAlister, VA Bar #76057, Child & Parental Rights Campaign, P.O. Box 637 Monroe, VA 24574 (770) 448-4525, mmcalister @childparentrights.org.

Dated: September 20, 2023.

*/s/Mary E. McAlister*
Mary E. McAlister (VA Bar No.76057)
CHILD & PARENTAL RIGHTS CAMPAIGN, INC.
P.O. Box 637
Monroe, VA 24574

770.448.4525
mmcalister@childparentrights.org

Vernadette R. Broyles (GA Bar No. 593026)*
Ernest G. Trakas (MO Bar 33813)*
CHILD & PARENTAL RIGHTS CAMPAIGN, INC.
5805 State Bridge Rd., Suite G310
Johns Creek, GA 30097
770.448.4525
vbroyles@childparentrights.org
etrakas@childparentrights.org
*pro hac vice admission pending

Attorneys for Plaintiff

**Certificate of Service**

I hereby certify that on the 20th day of September, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jeremy D. Capps (VSB No. 43909)
Melissa Y. York (VSB No. 77493)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
jcapps@hccw.com
myork@hccw.com

*/s/Mary E. McAlister*
Mary E. McAlister (VA Bar No.76057)