CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

9/27/2023
LAURA A. AUSTIN, CLERK
BY:  s/ ARLENE LITTLE
       DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

|  |  |
|---|---|
| MICHELE BLAIR, individually and as a Guardian and next friend of S.B., a minor, | CASE NO. 6:23-cv-47 |
| *Plaintiff,* | ORDER |
| v. |  |
| APPOMATTOX COUNTY SCHOOL BOARD, *et al.*, | JUDGE NORMAN K. MOON |
| *Defendants.* |  |

The Court has received Defendant Dena Olsen's Motion to Seal, which was filed September 20, 2023. Dkt. 14. Defendant Olsen seeks to seal Exhibit 1 accompanying her Motion to Dismiss in order to maintain the confidentiality of educational records required by the Family and Education Rights Privacy Act and to maintain the privacy of S.B., a minor. *Id.* at 1-2. Plaintiff filed a brief in opposition on September 26, 2023.[1] Dkt. 23.

While mindful of the right of public access to judicial records, the Court finds that sealing Exhibit 1 to Defendant Olsen's Motion to Dismiss is appropriate given the "compelling" interest in safeguarding the well-being of a minor. *Globe Newspaper Co. v. Superior Ct. for Norfolk Cnty.*, 457 U.S. 596, 607 (1982).

The Motion to Seal is **GRANTED**. Dkt. 14.

The Clerk is hereby **ORDERED** to seal Exhibit 1 to Defendant Dena Olsen's Motion to

---

[1] Plaintiff's brief focuses on the question of whether Exhibit 1 can properly be considered on a motion to dismiss. The Court seals Exhibit 1 without prejudice to Plaintiff re-raising her arguments challenging whether the exhibit can be considered.

Dismiss until entry of an amended Order directing otherwise.

The Clerk of Court is directed to send a copy of this order to all counsel of record.

Entered this  27th  day of September, 2023.


NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE