IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

MICHELE BLAIR, INDIVIDUALLY AND
AS GUARDIAN AND NEXT FRIEND OF
S.B., A MINOR,

  Plaintiff,

v.                                         Case No. 6:23cv00047

APPOMATTOX COUNTY SCHOOL
BOARD, et al.,

  Defendants.

## DR. ANNETTE A. BENNETT'S MOTION TO DISMISS

NOW COMES Defendant Dr. Annette A. Bennett ("Dr. Bennett"), by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves this Court to dismiss, with prejudice, the Complaint filed against her, as it fails to state a claim upon which relief can be granted. Dr. Bennett relies upon and incorporates her Brief in Support of this Motion to Dismiss as if fully set forth herein.

WHEREFORE, Dr. Bennett respectfully requests that this Court enter an Order granting this Motion to Dismiss and dismissing the Complaint against her with prejudice.

                                                            **DR. ANNETTE A. BENNETT**

                                                            By Counsel

<u>s/Melissa Y. York</u>
Jeremy D. Capps (VSB No. 43909)
Melissa Y. York (VSB No. 77493)
Counsel for Dr. Annette A. Bennett
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
jcapps@hccw.com
myork@hccw.com

## **C E R T I F I C A T E**

I hereby certify that on the 2nd day of October, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Mary E. McAlister, Esq., VSB No. 76057
    Child & Parental Rights Campaign, Inc.
    P.O. Box 637
    Monroe, VA 24574
    770-448-4525 - Phone
    mmcalister@childparentrights.org

    Vernadette R. Broyles, Esq., GA No. 593026
    Ernest G. Trakas, Esq., MO No. 33813
    Child & Parental Rights Campaign, Inc.
    5805 State Bridge Road, Suite G310
    Johns Creek, GA 30097
    770-448-4525 - Phone
    vbroyles@childparentrights.org
    etrakas@childparentrights.org

<u>s/Melissa Y. York</u>
Jeremy D. Capps (VSB No. 43909)
Melissa Y. York (VSB No. 77493)
Counsel for Dr. Annette A. Bennett
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
jcapps@hccw.com
myork@hccw.com