IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

MICHELE BLAIR, INDIVIDUALLY AND
AS GUARDIAN AND NEXT FRIEND OF
S.B., A MINOR,

   Plaintiff,

v().                               Case No. 6:23cv00047

APPOMATTOX COUNTY SCHOOL
BOARD, et al.,

   Defendants.

## THE APPOMATTOX COUNTY SCHOOL BOARD'S MOTION TO DISMISS

NOW COMES Defendant the Appomattox County School Board ("School Board"), by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves this Court to dismiss, with prejudice, the Complaint filed against it, as it fails to state a claim upon which relief can be granted. The School Board relies upon and incorporates its Brief in Support of this Motion to Dismiss as if fully set forth herein.

WHEREFORE, the School Board respectfully requests that this Court enter an Order granting this Motion to Dismiss and dismissing the Complaint against it with prejudice.

                                        **APPOMATTOX COUNTY SCHOOL BOARD**

                                        By Counsel

 s/Melissa Y. York
Jeremy D. Capps (VSB No. 43909)
Melissa Y. York (VSB No. 77493)
Counsel for Appomattox County School Board
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
jcapps@hccw.com
myork@hccw.com

# **C E R T I F I C A T E**

I hereby certify that on the 2nd day of October, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Mary E. McAlister, Esq.
> VSB No. 76057
> Child & Parental Rights Campaign, Inc.
> P.O. Box 637
> Monroe, VA 24574
> 770-448-4525 - Phone
> mmcalister@childparentrights.org
>
> Vernadette R. Broyles, Esq.
> VSB No. GA 593026
> Ernest G. Trakas, Esq.
> VSB No. MO 33813
> Child & Parental Rights Campaign, Inc.
> 5805 State Bridge Road, Suite G310
> Johns Creek, GA 30097
> 770-448-4525 - Phone
> vbroyles@childparentrights.org
> etrakas@childparentrights.org

<div style="margin-left:40%">

s/Melissa Y. York
Jeremy D. Capps (VSB No. 43909)
Melissa Y. York (VSB No. 77493)
Counsel for Appomattox County School Board
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
jcapps@hccw.com
myork@hccw.com

</div>