IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| MICHELE BLAIR, INDIVIDUALLY AND )<br>AS GUARDIAN AND NEXT FRIEND OF )<br>S.B., A MINOR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APPOMATTOX COUNTY SCHOOL )<br>BOARD, *et al.*, )<br>)<br>Defendants. ) | Case No. 6:23cv00047 |

## NOTICE OF APPEARANCE

WILL THE CLERK OF THE COURT please enter the appearance of Brandi R. Howell, Esquire (Bar No.: 74110) of the law firm Kiernan Trebach LLP as counsel for Defendant Avery Via.

Dated: October 2, 2023

/s/ Brandi R. Howell
Brandi R. Howell (VA Bar #74110)
KIERNAN TREBACH LLP
1233 20th Street N.W., Suite 800
Washington, D.C. 20036
(202) 712-7000 (telephone)
(202) 712-7100 (facsimile)
bhowell@kiernantrebach.com
*Counsel for Defendant Avery Via*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of October 2023, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send notification of such filing to the following counsel of record:

Mary E. McAlister (VA Bar No. 76057)
Child & Parental Rights Campaign, Inc.
P.O. Box 637
Monroe, VA 24574
Email: mmcalister@childparentrights.org
*Attorney for Plaintiff*

Vernadette R. Broyles (GA Bar No. 593026)*
Ernest G. Trakas (MO Bar 33813)*
Child & Parental Rights Campaign, Inc.
5805 State Bridge Road, Suite G310
Johns Creek, GA 30097
vbroyles@childparentrights.org
etrakas@childparentrights.org
*Admitted pro hac vice
*Attorneys for Plaintiff*

Jeremy D. Capps (VSB No. 43909)
Melissa Y. York (VSB No. 77493)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, VA 23255
jcapps@hccw.com
myork@hccw.com
*Attorneys for Appomattox County School Board,
Dr. Annette A. Bennett, and Dena Olsen*

/s/ *Brandi R. Howell*
Brandi R. Howell (VA Bar #74110)
KIERNAN TREBACH LLP
1233 20th Street N.W., Suite 800
Washington, D.C. 20036
(202) 712-7000 (telephone)
(202) 712-7100 (facsimile)
bhowell@kiernantrebach.com
*Counsel for Defendant Avery Via*