**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division**

MICHELE BLAIR, INDIVIDUALLY AND
AS GUARDIAN AND NEXT FRIEND OF
S.B., A MINOR,

               Plaintiff,

v.                                   Case No. 6:23cv00047

APPOMATTOX COUNTY SCHOOL
BOARD, *et al.*,

               Defendants.

---

**DEFENDANT AVERY VIA'S CONSENT MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S VERIFIED COMPLAINT**

COMES NOW, Defendant Avery Via, by and through its undersigned counsel, Andrew Butz, Esquire and Brandi R. Howell, Esquire, and Kiernan Trebach LLP, pursuant to Rule 6(b)(1) and this Court's Standing Order for Civil Cases, and hereby moves for a ten (10 ) day extension of time to respond to Plaintiff's Complaint, and in support of its Motion states as follows:

1.      This matter stems from a Complaint filed on August 22, 2023, by Michele Blair, individually and as Guardian and next friend of S.B., a minor, alleging that several defendants, including Avery Via, (1) violated Plaintiff's fundamental parental rights to direct the upbringing of and physical and mental health decision-making for her daughter, S.B; (2) that the Defendants violated Plaintiff's right to familiar privacy for Plaintiff and the minor; and (3) that Defendants intentionally interfered with Plaintiff's parent-child relationship. The Verified Complaint also alleges that the Defendants conspired to violate Plaintiff's right to direct the care and upbringing of the minor, S.B. and intentionally inflicted emotional distress upon the Plaintiff and S.B.

1

2.      Defendant Avery Via was served with the Complaint on or about September 12, 2023. After transmittal via his common-law employer to its broker and/or insurer, it reached the insurer's employee with authority to retain counsel on September 28, 2023. On September 29, 2023, the insurer's claims supervisor assigned undersigned counsel to represent Defendant Via.

3.      Pursuant to Rule 12(a)(1), a response to the Verified Complaint as served on September 12, 2023, is due on or before October 3, 2023.

4.      Defendant Via respectfully requests this Court enter an Order formally extending the time for Defendant to respond to the Complaint by ten (10) days, which would extend the current deadline to Friday, October 13, 2023.

5.      This is the first requested extension by Defendant, and this ten (10) day extension of time will not prejudice any party.

6.      Conversely, if the Court were to deny this consent motion, Defendant would be severely prejudiced as the undersigned counsel has not yet had an adequate opportunity to fully investigate this complex civil-rights matter and prepare a full and otherwise proper initial response to the 229-paragraph Verified Complaint and its nine (9) Counts.

7.      The Court has not yet entered a Scheduling Order in this matter and there are no other existing deadlines in place, so the granting of the Motion will have no effect on upcoming deadlines.

8.      This request is being made in good faith and not for any dilatory purpose.

9.      This Motion is unopposed, as undersigned counsel are authorized to state that Plaintiff has consented to the ten (10) day extension via her Virginia counsel of record, Mary E. McAlister, Esq.

WHEREFORE, Defendant Avery Via with the consent of Plaintiff, hereby moves for this

Court to grant a ten (10) day extension of time to file its response to the Complaint, which shall be

October 13, 2023.

Dated: October 2, 2023    Respectfully submitted,

          */s/ Brandi R. Howell*
          Brandi R. Howell, Esq. (VSB No. 74110)
          Kiernan Trebach LLP
          1233 20th Street, NW, Eighth Floor
          Washington, D.C. 20036
          Tel: (202)712-7000
          Fax: (202)712-7100
          bhowell@kiernantrebach.com
          *Counsel to Defendant Avery Via*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 2, 2023, a copy of the foregoing was served via

the Court's CM/ECF system, upon:

Mary E. McAlister (VA Bar No. 76057)
Child & Parental Rights Campaign, Inc.
P.O. Box 637
Monroe, VA 24574
Email: mmcalister@childparentrights.org
*Attorney for Plaintiff*

Vernadette R. Broyles (GA Bar No. 593026)*
Ernest G. Trakas (MO Bar 33813)*
Child & Parental Rights Campaign, Inc.
5805 State Bridge Road, Suite G310
Johns Creek, GA 30097
vbroyles@childparentrights.org
etrakas@childparentrights.org
*Admitted pro hac vice
*Attorneys for Plaintiff*

Jeremy D. Capps (VSB No. 43909)
Melissa Y. York (VSB No. 77493)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, VA 23255
jcapps@hccw.com
myork@hccw.com
*Attorneys for Appomattox County School Board,*
*Dr. Annette A. Bennett, and Dena Olsen*

*/s/ Brandi R. Howell*
Brandi R. Howell (VA Bar #74110)
KIERNAN TREBACH LLP
1233 20th Street N.W., Suite 800
Washington, D.C. 20036
(202) 712-7000 (telephone)
(202) 712-7100 (facsimile)
bhowell@kiernantrebach.com
*Counsel for Defendant Avery Via*

4