UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
10/6/2023
LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
        DEPUTY CLERK

| | |
|---|---|
| MICHELE BLAIR, individually and as a Guardian and next friend of S.B., a minor, | CASE NO. 6:23-cv-47 |
| *Plaintiff,* | ORDER |
| v. | |
| APPOMATTOX COUNTY SCHOOL BOARD, *et al.*, | JUDGE NORMAN K. MOON |
| *Defendants.* | |

The Court **GRANTS** the Parties' Consent Motion for Amendment of the Pretrial Order. Dkt. 38.

The deadlines for setting a trial date, the Fed. R. Civ. P. 26(f) Conference, the Fed. R. Civ. P. 26(a) Initial Disclosures, and Initial Expert Disclosures are as follows:

| Contact Carmen Amos at carmena@vawd.uscourts.gov for the purpose of setting a trial date | Within 14 days of the date on which the Court rules on the Motions to Dismiss in this case |
|---|---|
| Fed. R. Civ. P. 26(f) Conference | Within 14 days of the date on which the Court rules on the Motions to Dismiss in this case |
| Fed. R. Civ. P. 26(a) Initial Disclosures | Within 30 days of the date on which the Court rules on the Motions to Dismiss in this case |
| Plaintiff's Initial Expert Disclosure | Within 75 days of the date on which the Court rules on the Motions to Dismiss in this case |
| Defendant(s) Initial Expert Disclosure | Within 90 days of the date on which the Court rules on the Motions to Dismiss in this case |

Discovery is stayed until the Motions to Dismiss are ruled on.

All other aspects of the Pretrial Order, Dkt. 33, remain in effect.

It is so **ORDERED**.

The Clerk of Court is directed to send a copy of this order to all counsel of record.

Entered this  6th   day of October, 2023.

                                                NORMAN K. MOON
                                                SENIOR UNITED STATES DISTRICT JUDGE