AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| MICHELE BLAIR, Individually and as Guardian and next friend of S.B., a minor<br>*Plaintiff*<br>v.<br>APPOMATTOX COUNTY SCHOOL BOARD, *et al.*<br>*Defendant* | )<br>)<br>)<br>) Case No. 6:23-cv-00047-NKM-CKM<br>)<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Aneesa Khan                                                                                      .

Date: December 4, 2023

/s/ Charles M. Sims
*Attorney's signature*

Charles M. Sims (VSB No. 35845)
*Printed name and bar number*

O'HAGAN MEYER, PLLC
411 E. Franklin Street, Suite 500
Richmond, VA 23219
*Address*

CSims@ohaganmeyer.com
*E-mail address*

(804) 403-7111
*Telephone number*

(804) 237-0250
*FAX number*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 4th day of December, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

                                      */s/ Charles M. Sims*
                                      Charles M. Sims (VSB No. 35845)
                                      O'Hagan Meyer, PLLC
                                      411 East Franklin Street, Suite 500
                                      Richmond, VA 23219
                                      T: (804) 403-7111
                                      F: (804) 237-0250
                                      CSims@ohaganmeyer.com

                                      *Counsel for Defendant Aneesa Khan*