IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| MICHELE BLAIR, | * |
|     *Plaintiffs*, | * |
| v. | *  No. 6:23-cv-00047-NKM |
| | * |
| APPOMATTOX COUNTY SCHOOL BOARD, ET AL., | * |
|     *Defendants*. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ANEESA KHAN'S MOTION TO DISMISS

Defendant, Aneesa Khan, by her undersigned counsel, files this Motion to Dismiss, pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), and moves this Court to dismiss Plaintiffs' Complaint. (ECF 1.) The grounds for this motion are set out in the accompanying memorandum in support.

January 8, 2024

Respectfully submitted,

**ANEESA KHAN**

*/s/ Charles M. Sims*
Charles M. Sims (VSB No. 35848)
O'HAGAN MEYER, PLLC
411 East Franklin Street, Suite 500
Richmond, VA 23219
csims@ohaganmeyer.com
(804) 403-7111
(804) 237-0250 (facsimile)

*/s/ Wendy L. Shiff*
Wendy L. Shiff (Admitted *Pro Hac Vice*)
Federal Bar No. 09076 (Maryland)
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor

2

          Baltimore, Maryland  21202
          wshiff@oag.state.md.us
          (410) 576-6996
          (410) 576-6955 (facsimile)

*Attorneys for Aneesa Khan*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of January, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

          */s/ Charles M. Sims*
          Charles M. Sims, Esq.