# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| MICHELE BLAIR, | * |
|     *Plaintiffs*, | * |
| v. | *  No. 6:23-cv-00047-NKM |
| | * |
| APPOMATTOX COUNTY SCHOOL BOARD, ET AL., | * |
|     *Defendants*. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF ANEESA KHAN

1. My name is Aneesa Khan. I am over 18 years of age and I am competent to testify.

2. I am an Assistant Public Defender for the State of Maryland. I work in the Circuit Court for Baltimore City in the Division of Juvenile Causes. I represent youth who are subject to Juvenile Court jurisdiction. I have had this position since 2019.

3. As an Assistant Public Defender, I am an employee of the State of Maryland; I am paid through the Central Payroll Bureau.

4. I am a Maryland resident.

5. On September 3, 2021, I was assigned to represent the minor, referred to in this action as "S.B.".

6. All the actions I took toward S.B. or the case, I did in my capacity as an Assistant Public Defender.

7. My representation of S.B. occurred as a result of S.B.'s status as a runaway. S.B. ran away from Virginia and was found in Maryland.

8. I am a member of the Maryland bar only. I am not licensed to practice law in any other state.

9. All my in-person meetings with S.B. occurred in Maryland. All virtual meetings were conducted over a network established by the Maryland Office of the Public Defender.

10. All my in-person court appearances on behalf of S.B. occurred in the Circuit Court for Baltimore City—Juvenile Causes Division (located in Baltimore, Maryland). All virtual court proceedings were conducted over a network established by that court.

11. Neither I nor the Maryland Office of the Public Defender solicits business in Virginia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 5, 2024.

Aneesa Khan