# FILED UNDER SEAL

**EXHIBIT 2 TO DEFENDANT ANEESA KHAN'S MEMORANDUM IN SUPPORT OF HER MOTION TO DISMISS**