IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| MICHELE BLAIR, INDIVIDUALLY AND AS GUARDIAN AND NEXT FRIEND OF S.B., A MINOR<br><br>    Plaintiff<br><br>v.<br><br>APPOMATTOX COUNTY SCHOOL BOARD, et al.<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 6:23-cv-00047-NKM-CKM<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION TO WITHDRAW

COMES NOW, John D. McGavin and McGavin, Boyce, Bardot, Thorsen & Katz, PC, counsel for defendant, Avery Via, and hereby moves this Court to enter an order permitting him to withdraw as counsel of record. The defendant is currently represented by another firm and pursuant to the request of defendant's insurer, this firm will withdraw from serving as co-counsel. Therefore, John D. McGavin, Esquire, moves this Court for entry of order permitting him to withdraw as counsel from these proceedings.

                                                            AVERY VIA
                                                            By Counsel

**McGavin, Boyce, Bardot, Thorsen & Katz, PC**
9990 Fairfax Boulevard, Suite 400 | Fairfax, VA 22030 | Tel: 703.385.1000 | Fax: 703.385.1555

McGAVIN, BOYCE, BARDOT,
THORSEN & KATZ, P.C.


/s/ John D. McGavin
John D. McGavin (VSB 21794)
9990 Fairfax Boulevard, Suite 400
Fairfax, VA 22030
Telephone:   (703) 385-1000
Facsimile:   (703) 385-1555
jmcgavin@mbbtklaw.com
Counsel for Defendant


## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2024, a true and accurate copy of the foregoing was sent via the CM/ECF system to:

Mary E. McAlister (VA Bar No. 76057)
Child & Parental Rights Campaign, Inc.
P.O. Box 637
Monroe, VA 24574
Email: mmcalister@childparentrights.org
Attorney for Plaintiff

Vernadette R. Broyles (GA Bar No. 593026)*
Ernest G. Trakas (MO Bar 33813)*
Child & Parental Rights Campaign, Inc.
5805 State Bridge Road, Suite G310
Johns Creek, GA 30097
vbroyles@childparentrights.org
etrakas@childparentrights.org
*Admitted pro hac vice
Attorneys for Plaintiff

Jeremy D. Capps (VSB No. 43909)
Melissa Y. York (VSB No. 77493)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, VA 23255
jcapps@hccw.com
myork@hccw.com
Attorneys for Appomattox County School Board,
Dr. Annette A. Bennett, and Dena Olsen

Heather S. Deane (VSB No. 41895)
Andrew Butz (VSB No. 16280)
Charles Y. Sipe (VSB No. 31598)
Brandi R. Howell, Esq. (VSB No. 74110)
Kieman Trebach LLP
1233 20th Street, NW, Eighth Floor
Washington, D.C. 20036
hdeane@kiemantrebach.com
abutz@kiemantrebach.com
csipe@kiemantrebach.com
bhowell@kiemantrebach.com
Counsel to Defendant Avery Via

                                    /s/ John D. McGavin.
                                    John D. McGavin