CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

4/29/2024

LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
      DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| MICHELE BLAIR, individually and as a Guardian and next friend of S.B., a minor, | CASE NO. 6:23-cv-47 |
| *Plaintiff,* | |
| v. | ORDER |
| APPOMATTOX COUNTY SCHOOL BOARD, *et al.*, | JUDGE NORMAN K. MOON |
| *Defendants.* | |

For the reasons explained in the accompanying Memorandum Opinion, Defendant Aneesa Khan's Motion to Dismiss, Dkt. 76, is **GRANTED** in its entirety. The Motions to Dismiss filed by Defendants Dena Olsen and Avery Via, Dkts. 12, 45, are **GRANTED in part**. The conspiracy claim against them, Count 5 of the Complaint, is **DISMISSED**.

It is so **ORDERED**.

The Clerk of Court is directed to send a copy of this Order to all counsel of record.

Entered this   29th   day of April, 2024.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE