# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
6/25/2024
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
    DEPUTY CLERK

MICHELE BLAIR, individually and as a Guardian and next friend of S.B., a minor,

*Plaintiffs*,

v.

APPOMATTOX COUNTY SCHOOL BOARD, *et al.*,

*Defendants*.

CASE NO. 6:23-cv-47

ORDER

JUDGE NORMAN K. MOON

For the reasons stated in the Memorandum Opinion issued with this Order, the Court **GRANTS** the Motions to Dismiss, Dkts. 12, 26, 28, 45, and **DISMISSES** the Complaint in its entirety.

Defendant Avery Via's Motion to Strike the Complaint's Verification, Dkt. 58, is **DENIED** as moot.

The Clerk of Court is directed to send a copy of this Order to all counsel of record and to strike this case from the active docket of the Court.

Entered this 25th day of June, 2024.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE