IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

SAGE LILLY BLAIR,

  Plaintiff,

v.                                                                     Case No. 6:23-cv-00047-NKM-CKM

APPOMATTOX COUNTY SCHOOL
BOARD,

  Defendant.

## MOTION TO STAY THE DEADLINES IN THIS COURT'S ORDER OF SEPTEMBER 12, 2025 AND PRETRIAL ORDER

COME NOW Defendant Appomattox County School Board ("School Board"), and Dena Olsen ("Olsen") and Avery Via ("Via") appearing specially by counsel,[1] and move this Court under Federal Rules of Civil Procedure 6(b) and 16(b)(4), as well as this Court's inherent authority, to stay the deadlines in this Court's Order of September 12, 2025 and Pretrial Order, (ECF Docs. 33, 120), such that the deadlines begin to run from the date on which this Court resolves the motions related to the Second Amended Complaint. The School Board, Olsen, and Via have filed a Brief in Support of this Motion and incorporate and rely on the Brief in Support as if fully set forth herein.

WHEREFORE, the School Board, Olsen, and Via respectfully request that this Court stay the deadlines in this Court's Order of September 12, 2025 and Pretrial Order, (ECF Docs. 33,

---

[1] All claims against Olsen and Via were dismissed by this Court's Order of June 25, 2024, and affirmed by the Fourth Circuit's August 7, 2025 opinion and September 11, 2025 mandate. They are no longer defendants in this case and, therefore, are appearing specially to move for the relief requested in the Motion to Stay.

1

120), such that the deadlines begin to run from the date on which this Court resolves the motions related to the Second Amended Complaint.


| /s/ Melissa Y. York | /s/ Andrew Butz |
|---|---|
| Jeremy D. Capps (VSB No. 43909) | Andrew Butz (VSB No. 16280) |
| Melissa Y. York (VSB No. 77493) | Heather S. Deane (VSB No. 41895) |
| Brian P. Ettari (VSB No. 98800) | Brandi R. Howell (VSB No. 74110) |
| Counsel for Appomattox County School Board and Dena Olsen | Charles Y. Sipe (VSB No. 31598) |
| | Kiernan Trebach LLP |
| Harman, Claytor, Corrigan & Wellman | 1223 20th St. N.W., Suite 800 |
| P.O. Box 70280 | Washington, D.C. 20046 |
| Richmond, Virginia 23255 | 202-712-7028 |
| 804-747-5200 - Phone | abutz@kiernantrebach.com |
| 804-747-6085 – Fax | hdeane@kiernantrebach.com |
| jcapps@hccw.com | bhowell@kiernantrebach.com |
| myork@hccw.com | csipe@kiernantrebach.com |
| bettari@hccw.com | *Counsel for Avery Via* |
| *Counsel for Appomattox County School Board and Dena Olsen* | |

## **C E R T I F I C A T E**

      I hereby certify that on the 2nd day of October 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

      Mary E. McAlister (VSB No. 76057)
      Vernadette R. Broyles (*pro hac vice*)
      Ernest G. Trakas (*pro hac vice*)
      Child & Parental Rights Campaign, Inc.
      P.O. Box 637
      Monroe, VA 24574
      770-448-4525 - Phone
      mmcalister@childparentrights.org
      vbroyles@childparentrights.org
      etrakas@childparentrights.org

      Andrew Butz (VSB No. 16280)
      Heather S. Deane (VSB No. 41895)
      Brandi R. Howell (VSB No. 74110)
      Charles Y. Sipe (VSB No. 31598)
      Kiernan Trebach LLP
      1223 20th St. N.W., Suite 800
      Washington, D.C. 20046
      202-712-7028
      abutz@kiernantrebach.com
      hdeane@kiernantrebach.com
      bhowell@kiernantrebach.com
      csipe@kiernantrebach.com

      /s/ Melissa Y. York
      Jeremy D. Capps (VSB No. 43909)
      Melissa Y. York (VSB No. 77493)
      Brian P. Ettari (VSB No. 98800)
      Counsel for Appomattox County School Board
      Harman, Claytor, Corrigan & Wellman
      P.O. Box 70280
      Richmond, Virginia  23255
      804-747-5200 - Phone
      804-747-6085 – Fax
      jcapps@hccw.com
      myork@hccw.com
      bettari@hccw.com