CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

10/27/2025

LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| MICHELE BLAIR, individually and as a Guardian and next friend of S.B., a minor, | )<br>)<br>) |
| Plaintiff, | ) Civil Action No.: 6:23-cv-47<br>) |
| v. | ) Order<br>) |
| Appomattox County School Board, Dena Olsen, and Avery Via, | )<br>)<br>) |
| Defendants. | ) By: C. Kailani Memmer<br>) United States Magistrate Judge |

This matter comes before the court[1] on Appomattox County School Board, Dena Olsen, and Avery Via's (defendants) Motion to Stay the Deadlines in this Court's Order of September 12, 2025 and Pretrial Order (Motion to Stay Deadlines). (ECF No. 125.) Defendants represented, "Plaintiff does not oppose the requested relief." (Br. in Supp. of Mot. to Stay Deadlines at 1 n.2, ECF No. 126.) Moreover, defendants argue that there is good cause for staying the deadlines in the court's September 12, 2025 Order, (ECF No. 120), and the Pretrial Order, (ECF No. 33), because while the court "resolves the motions related to the Second Amended Complaint" staying the deadlines would "prevent this Court and the parties from incurring unnecessary expenses related to parties and claims that may be removed from this lawsuit." (Br. in Supp. of Mot. to Stay Deadlines at 3). Finding good cause pursuant to Fed. R. Civ. P. 6(b) and based on defendants' representation that this motion is unopposed, defendants' Motion to Stay Deadlines, (ECF No. 125), is **GRANTED**.

It is so **ORDERED**.

---

[1] On October 3, 2023, the presiding District Judge referred non-dispositive pretrial matters to the undersigned. (Order at 4, ECF No. 33.)

1

Entered: October 27, 2025

C. Kailani Memmer
United States Magistrate Judge