IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

SAGE LILLY BLAIR, *et al.*

   Plaintiffs,

v.                                                                 Case No. 6:23-cv-00047-NKM-CKM

APPOMATTOX COUNTY SCHOOL
BOARD, *et al.*

   Defendants.

## AVERY VIA'S CONSENT MOTION TO EXTEND REPLY DEADLINE

COMES NOW Avery Via, by and through the undersigned counsel, and moves this Court under Federal Rule of Civil Procedure 6(b)(1) for a seven (7) day extension of time to file his Reply Brief in support of his Motion to Strike/Dismiss and states as follows:

1. On October 21, 2025, Via filed his Motion to Strike the Second Amended Complaint and/or, Motion to Dismiss for Lack of Jurisdiction. ECF No. 136.

2. On November 4, 2025, Plaintiff filed her Opposition to Via's Motion to Strike.

3. Via's Reply Brief is currently due on November 11, 2025.

4. The undersigned counsel is out of office for several days this week to attend Virginia CLE courses and requires additional time to prepare a Reply.

5. Via, through counsel, is thus seeking a seven-day extension of time to file his Reply, requesting a new deadline of November 18, 2025.

6. This request is being made in good faith and not for any dilatory purpose.

7. Counsel for Plaintiff and Counsel for the School Board and Olsen have all consented to the relief requested herein.

WHEREFORE, Avery Via respectfully requests this Court enter an Order formally extending the time for Mr. Via to file a Reply Brief by seven (7) days, which would extend the current deadline to November 18, 2025.

Date: November 6, 2025

        /s/ *Andrew Butz*
        Andrew Butz (VSB No. 16280)
        Heather S. Deane (VSB No. 41895)
        Brandi R. Howell (VSB No. 74110)
        Charles Y. Sipe (VSB No. 31598)
        Patrick J. Crowley (*Pro Hac Vice*)
        Kiernan Trebach LLP
        1223 20th St. N.W., Suite 800
        Washington, D.C. 20046
        202-712-7000
        abutz@kiernantrebach.com
        hdeane@kiernantrebach.com
        bhowell@kiernantrebach.com
        csipe@kiernantrebach.com
        pcrowley@kiernantrebach.com
        *Counsel for Avery Via*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of November 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Mary E. McAlister (VSB No. 76057)
>Vernadette R. Broyles (*pro hac vice*)
>Ernest G. Trakas (*pro hac vice*)
>Child & Parental Rights Campaign, Inc.
>P.O. Box 637
>Monroe, VA 24574
>770-448-4525 - Phone
>mmcalister@childparentrights.org
>vbroyles@childparentrights.org
>etrakas@childparentrights.org


>Jeremy D. Capps (VSB No. 43909)
>Melissa Y. York (VSB No. 77493)
>Brian P. Ettari (VSB No. 98800)
>Counsel for Appomattox County School Board
>Harman, Claytor, Corrigan & Wellman
>P.O. Box 70280
>Richmond, Virginia  23255
>804-747-5200 - Phone
>804-747-6085 – Fax
>jcapps@hccw.com
>myork@hccw.com
>bettari@hccw.com


/s/ *Andrew Butz*
Andrew Butz (VSB No. 16280)

3