IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
November 07, 2025
LAURA A. AUSTIN, CLERK
BY: s/B. McAbee
DEPUTY CLERK

SAGE LILLY BLAIR, *et al.*,

    Plaintiffs,

v.   Case No. 6:23-cv-00047-NKM-CKM

APPOMATTOX COUNTY SCHOOL
BOARD, *et al*.

    Defendants.

## ORDER

Upon consideration of Avery Via's Consent Motion to Extend Reply Deadline, and it appearing to the Court that there is good cause for an extension, it is this __7th__ day of __November__ 2025, hereby,

**ORDERED**, that the Motion is **GRANTED** and it is further

**ORDERED** that Avery Via's Reply Brief shall now be due on November 18, 2025.

_____
Hon. C. Kailani Memmer
United States Magistrate Judge