IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

MICHELE BLAIR, individually,)
SAGE BLAIR, individually    )      Civil Action No. 6:23-cv-00047-NKM-CKM
                            )
         Plaintiffs         )
v.                          )      MOTION FOR ADMISSION PRO HAC VICE
                            )      OF KEVIN SMITH
APPOMATTOX COUNTY           )
SCHOOL BOARD, DENA          )
OLSEN, AVERY VIA,           )
                            )
         Defendants         )
_____)

## MOTION FOR ADMISSION *PRO HAC VICE* OF KEVIN SMITH

COMES NOW Mary McAlister, a member in good standing of the Virginia Bar and admitted to practice before this Court, and moves the Court for an Order admitting, *pro hac vice*, Kevin Smith as counsel for Plaintiffs in this action. The movant states the following:

1.   Kevin Smith is an attorney at Child & Parental Rights Campaign, Inc; 5425 Peachtree Pkwy, Ste 110, Norcross, GA 30092. His telephone number is 770-448-4525 and his email address is ksmith@childparentrights.org.

2.   Kevin Smith is of good character and reputation and is a member in good standing of the State Bar of Kentucky. He is also admitted in the U.S. District Court for the Eastern District of Kentucky (2016), the U.S. Court of Appeals for the Sixth Circuit (2016), and the Kentucky Supreme Court (2016).

3.   Kevin Smith has never been convicted of a crime, censured, reprimanded, suspended, placed on inactive status, disciplined, or disbarred from

the practice of law; has never been held in contempt of court; and has no grievances pending against him.

4. Kevin Smith is familiar with the Local Rules for the Western District of Virginia, the Virginia State Bar Code of Professional Courtesy and the Lawyer's Creed, and the Western District of Virginia CM/ECF requirements.

5. The undersigned movant is also a member of the bar of this Court in good standing and will serve as local counsel in these proceedings.

6. As required by Local Rule 83.1(b), a certificate of good standing is attached to this motion as Exhibit A.

7. As required by Local Rule 83.1(b), payment will be made or submitted on this date to the Clerk of the Court for the processing of this Motion for Admission *Pro Hac Vice*.

WHEREFORE, Movant requests that this motion be granted and that an Order be entered admitting Kevin Smith as counsel *pro hac vice* for Plaintiffs.

Date: November 13, 2025

/s/Mary E. McAlister
Mary E. McAlister (VA Bar No.76057)
Child & Parental Rights Campaign, Inc.
P.O. Box 637
Monroe, VA 24574
770.448.4525
mmcalister@childparentrights.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 13th day of November, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all registered counsel.

*/s/ Mary McAlister*
Attorney