**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

SAGE BLAIR, individually

Plaintiff.

v.

APPOMATTOX COUNTY
SCHOOL BOARD,

Defendant.

Civil Action No.6:23-cv-00047

Plaintiff's
Expert Witness Disclosure

## CERTIFICATE OF SERVICE

I hereby certify on the 21st day of August, 2026, that I served the **PLAINTIFF'S EXPERT WITNESS DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)(2)** counsel via electronic mail:

Jeremy D. Capps (VSB No. 43909)
Melissa Y. York (VSB No. 77493)
Brian P. Ettari (VSB No. 98800)
Counsel for Appomattox County School Board
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
jcapps@hccw.com
myork@hccw.com
bettari@hccw.com

s/*Ernest G. Trakas*
Ernest G. Trakas