**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

SAGE BLAIR, individually

Plaintiff.

v.

APPOMATTOX COUNTY
SCHOOL BOARD,

Defendant.

Civil Action No.6:23-cv-00047

Motion to Withdraw as Counsel
for Plaintiff

---

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

The undersigned, Ernest G. Trakas, as counsel for Plaintiff Sage Lily Blair (hereafter "Blair"), moves to withdraw as counsel for Blair and hereby states:

1. Ernest G. Trakas is leaving the Child & Parental Rights Campaign ("CPR-C") effective September 4, 2026.
2. Due to his departure from CPR-C, the undersigned seeks to withdraw as lead counsel and counsel for Plaintiff.
3. Movant has provided written notice to Plaintiff and counsel for all other parties.
4. Plaintiff will continue to be represented by Vernadette Broyles, Mary McAlister, and Kevin Smith.
5. Kevin Smith, will become lead counsel for Plaintiff.
6. Movant, as undersigned counsel, certifies that movant has conferred with counsel for the opposing party who has no objection to the undersigned's withdrawal as counsel for the Plaintiff and the relief sought in this motion.

WHEREFORE, Movant respectfully requests that the court grant Movant leave to withdraw as counsel for plaintiff.

Respectfully Submitted August 28, 2026

*s/ Ernest G. Trakas*
Ernest G. Trakas (*pro hac vice*)
Kevin Smith (*pro hac vice*)
Vernadette R. Broyles (*pro hac vice*)
Mary E. McAlister (VA Bar No. 76057)
CHILD & PARENTAL RIGHTS
CAMPAIGN, INC.
etrakas@childparentrights.org
ksmith@childparentrights.org
vbroyles@childparentrights.org
mmcalister@childparentrights.org

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August, 2026, I served a copy of the foregoing Motion to Withdraw as counsel for the Plaintiff was served on Counsel for the Defendants via ECF.

s/*Ernest G. Trakas*
Ernest G. Trakas